**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**

| | | |
|---|---|---|
| **JESUS RAMOS,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **PE:20-CV-00014-DF** |
| | § | |
| **MICHAEL J. CANNON, and** | § | |
| **VENTURE LOGISTICS LLC,** | § | |
| *Defendants*. | § | |

**ORDER RESETTING TRIAL AND GRANTING MOTION FOR CONTINUANCE**

Jury selection and trial in the above-captioned cause are currently set for Tuesday, February 22, 2022, at 8:30 A.M. (Doc. 50). A final pretrial conference is scheduled for 8:00 A.M., on the same day. (Doc. 50). The parties in this case have filed a Renewed Joint Motion for Continuance (hereafter, "Motion for Continuance"), seeking to continue the trial setting for at least 30 days, pending the outcome of a mediation scheduled for February 14, 2022. (Doc. 61 at 2). The Court believes a continuance of the extant jury selection and trial settings is warranted to allow sufficient time for the February 14, 2022, mediation.

It is **ORDERED** that the Motion for Continuance be **GRANTED**. (Doc. 61).

It is further **ORDERED** that the prior jury selection and trial settings are **VACATED**.

It is further **ORDERED** that jury selection will now occur on **Monday, March 14, 2022, at 8:30 A.M. CT.** The final pretrial conference will now occur at **8:00 A.M. CT, on the same day.** Jury selection and the final pretrial conference will be held in Courtroom 2 of the United States Courthouse, **410 South Cedar Street,** *Pecos, Texas* 79772.

It is further **ORDERED** that trial will now occur on **Tuesday, March 15, 2022, at 9:00 A.M. CT**. The jury as well as the parties will reconvene following jury selection on March 15, 2022, in the Courtroom of the United States Courthouse, **2450 State Highway 118,** *Alpine, Texas*

**79830**.

It is so **ORDERED**.

SIGNED this 4th day of February, 2022.

DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE