IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| **JESUS RAMOS,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **PE:20-CV-00014-DF** |
| | § | |
| **MICHAEL J. CANNON, and** | § | |
| **VENTURE LOGISTICS LLC,** | § | |
| *Defendants.* | § | |

## ORDER VACATING TRIAL SETTING

Jury selection and trial in the above-captioned cause are currently set for Monday, March 14, 2022, at 8:30 A.M. (Doc. 63). A final pretrial conference is scheduled for 8:00 A.M., on the same day. (Doc. 50). The parties in this case have filed a Notice of Alternative Dispute Resolution/Mediation Outcome indicating that a settlement has been reached. (Doc. 64). With a settlement having been reached, there is no longer a need for a trial.

It is therefore **ORDERED** that the jury selection, final pretrial conference, trial settings for March 14, 2022, are hereby **VACATED**. (Doc. 63).

It is so **ORDERED**.

SIGNED this 10th day of March, 2022.

_____
DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE